# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN HEGEDUS, | Case No.: 2:19-cv-02059-JCM-VCF |
| Plaintiff, | **Order** |
| v. | |
| AQUARIUS CASINO RESORT, et al., | |
| Defendants. | |

Due to conflicting duties of the Court, the early neutral evaluation currently scheduled for February 13, 2020, is **ADVANCED** to **February 11, 2020, at 9:30 a.m**. The parties' statements shall be submitted no later than February 4, 2020. All other aspects of the Court's order at Docket No. 4 continue to govern.

IT IS SO ORDERED.

Dated: December 26, 2019.

NANCY J. KOPPE
United States Magistrate Judge