# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN HEGEDUS,

    Plaintiff(s),

v.

AQUARIUS CASINO RESORT, et al.,

    Defendant(s).

Case No.: 2:19-cv-02059-JCM-VCF

**Order**

A telephonic hearing is hereby **SET** on the stipulation to reschedule the early neutral evaluation (Docket No. 14) for 3:00 p.m. on January 6, 2020. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: January 3, 2020

_____
Nancy J. Koppe
United States Magistrate Judge