# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN HEGEDUS,

    Plaintiff,

v.

AQUARIUS CASINO RESORT, et al.,

    Defendants.

Case No.: 2:19-cv-02059-JCM-VCF

**Order**

(Docket No. 14)

Pending before the Court is the parties' stipulation to continue the Early Neutral Evaluation Session, currently set for February 11, 2020. Docket No. 14. The Court held a hearing on the stipulation on January 6, 2020. Docket No. 17. Based on the representations made at the hearing, the parties' stipulation is **GRANTED**. Docket No. 14. The Early Neutral Evaluation is **CONTINUED** to **February 20, 2020, at 9:30 a.m**. The parties' statements shall be submitted no later than February 13, 2020. All other aspects of the Court's order at Docket No. 4 continue to govern.

IT IS SO ORDERED.

Dated: January 7, 2020.

_____
NANCY J. KOPPE
United States Magistrate Judge