Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
       daniel.aquino@jacksonlewis.com

*Attorneys for Defendants
Aquarius Gaming, LLC, Golden
Entertainment, Inc. and Jesse Baye*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN HEGEDUS, | |
| Plaintiff, | Case No.: 2:19-cv-02059-JCM-VCF |
| vs. | |
| AQUARIUS CASINO RESORT; business entity unknown; GOLDEN ENTERTAINMENT INC., DBA AQUARIUS CASINO RESORT; DARREL FRANKLIN, an individual; JESSE BAYE, an individual and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL AND PROPOSED ORDER**<br><br>**(FIRST REQUEST)** |
| Defendants. | |

Defendants Aquarius Gaming, LLC (misnamed as Aquarius Casino Resort), Golden Entertainment, Inc., Darrel Franklin, and Jesse Baye, by and through their counsel, Jackson Lewis P.C., and Plaintiff Shawn Hegedus, by and through his counsel, Richard Harris Law Firm, hereby stipulate, subject to the Court's approval, to extend the time for the parties to file a stipulation and proposed order for dismissal of this matter until June 8, 2020. This Stipulation is submitted and based upon the following:

1. The parties reached an agreement to settle their claims at the Early Neutral Evaluation Conference before Magistrate Judge Nancy J. Koppe on February 20, 2020. The

parties were ordered to complete settlement and submit a stipulation and proposed order for dismissal no later than April 9, 2020. *See* ECF No. 24.

2. The parties' efforts to complete settlement have been delayed due to the public health and safety issues caused by COVID-19. Defendants Aquarius Gaming, LLC and Golden Entertainment, Inc. have temporarily ceased all business operations, and will continue to do so in accordance with the directive of Governor Steve Sisolak. The Governor's shutdown directive was recently extended to April 30, 2020.

3. Due to these circumstances, the Parties agree it is appropriate that the deadline to file a stipulation and proposed order for dismissal be extended 60 days, up to and including June 8, 2020.

4. Should circumstances change such that a shorter or a longer stay is appropriate, the parties will immediately and jointly notify the Court.

5. This request is made in good faith and not for the purpose of delay.

Dated this 3rd day of April, 2020.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Deverie J. Christensen* |
| Richard Harris, Bar #505 | Deverie J. Christensen, Bar #6596 |
| Burke Huber, Bar #10902 | Daniel I. Aquino, Bar #12682 |
| 801 S. Fourth Street | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: April 6, 2020

4841-0855-5961, v. 1