1 Deverie J. Christensen
Nevada State Bar No. 6596
2 Daniel I. Aquino
Nevada State Bar No. 12682
3 **JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
4 Las Vegas, Nevada 89101
Tel: (702) 921-2460
5 Email:  deverie.christensen@jacksonlewis.com
             daniel.aquino@jacksonlewis.com

*Attorneys for Defendants
Aquarius Gaming, LLC, Golden
Entertainment, Inc. and Jesse Baye*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN HEGEDUS,<br><br>         Plaintiff,<br><br>    vs.<br><br>AQUARIUS CASINO RESORT; business entity unknown; GOLDEN ENTERTAINMENT INC., DBA AQUARIUS CASINO RESORT; DARREL FRANKLIN, an individual; JESSE BAYE, an individual and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>         Defendants. | Case No.: 2:19-cv-02059-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL AND PROPOSED ORDER**<br><br>**(SECOND REQUEST)** |

Defendants Aquarius Gaming, LLC (misnamed as Aquarius Casino Resort), Golden Entertainment, Inc., Darrel Franklin, and Jesse Baye, by and through their counsel, Jackson Lewis P.C., and Plaintiff Shawn Hegedus, by and through his counsel, Richard Harris Law Firm, hereby stipulate, subject to the Court's approval, to extend the time for the parties to file a stipulation and proposed order for dismissal of this matter until June 22, 2020.  This Stipulation is submitted and based upon the following:

   1. The parties reached an agreement to settle their claims at the Early Neutral Evaluation Conference before Magistrate Judge Nancy J. Koppe on February 20, 2020.  The

parties were ordered to complete settlement and submit a stipulation and proposed order for dismissal no later than April 9, 2020. *See* ECF No. 24.

2. The parties previously obtained an extension to complete settlement and submit a stipulation and proposed order for dismissal until June 8, 2020. ECF No. 29. This previous extension was requested and granted based on the effect that public health and safety issues caused by COVID-19 had on the operations of Defendants Aquarius Gaming, LLC and Golden Entertainment. While these issues are ongoing, the parties have been able to move forward with the settlement process. A settlement agreement has been executed by the parties. Defendants anticipate issuing the check within the next five days, after which it will be forwarded to their counsel to convey to Plaintiff's counsel.

3. Due to these circumstances, the Parties agree it is appropriate that the deadline to file a stipulation and proposed order for dismissal be extended two weeks, up to and including June 22, 2020.

4. This request is made in good faith and not for the purpose of delay.

Dated this 8th day of June, 2020.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Deverie J. Christensen* |
| Richard Harris, Bar #505 | Deverie J. Christensen, Bar #6596 |
| Burke Huber, Bar #10902 | Daniel I. Aquino, Bar #12682 |
| 801 S. Fourth Street | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States ~~District Court~~/Magistrate Judge

Dated: __June 9, 2020__

4819-1147-5391, v. 1