Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*Aquarius Gaming, LLC, Golden*
*Entertainment, Inc. and Jesse Baye*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN HEGEDUS,<br><br>        Plaintiff,<br><br>    vs.<br><br>AQUARIUS CASINO RESORT; business entity unknown; GOLDEN ENTERTAINMENT INC., DBA AQUARIUS CASINO RESORT; DARREL FRANKLIN, an individual; JESSE BAYE, an individual and DOES 1-20, inclusive; ROE CORPORATIONS 1-20, inclusive,<br><br>        Defendants. | Case No.: 2:19-cv-02059-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

/ / /

/ / /

/ / /

attorneys' fees and costs.

Dated this 22nd day of June, 2020.

| RICHARD HARRIS LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Burke Huber* | */s/ Deverie J. Christensen* |
| Richard Harris, Bar #505 | Deverie J. Christensen, Bar #6596 |
| Burke Huber, Bar #10902 | Daniel I. Aquino, Bar #12682 |
| 801 S. Fourth Street | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: June 22, 2020

4821-6878-6880, v. 1